20 minutes for this case, but the issues are pretty well defined. Yes, sir. We may not need all of that 20 minutes. I agree Anyway, go ahead. Thank you My name is Kurt Jackson. I represent the appellant Brett Earl There's no question that the standard of review in this case is de novo When the abuse of discretion standard applies on a motion for summary judge or a motion for summary judgment is merely a conduit Through which the district court decides the Legal question and it doesn't have to follow the usual tests of summary judgment such as whether or not there's a genuine issue material fact or credibility however, in an arrest a case such as this when the standard is de novo and a case may be decided by summary judgment, but the district court still must Abide by the standards of summary judgment. In other words summary judgment cannot be granted if there exists genuine issues of material fact and credibility When conducting the de novo review the district court can Order matters outside the administrative record and that's what the district court did here and no one's complaining about that but what that additional information did is it created a Issues of facts and credibility, which are disputed And we just don't think that the district court Was in a posture to grant summary judgment in this case based upon the de novo review the district court should have denied any summary judgment for LIA Mr. Earl was first awarded disability benefits There's no dispute that they applied the correct policy I don't I don't know I think there is a dispute because what they're saying is that when they did that They used the policy which they now say is the one which governs We say that there's a different policy So I can't agree that when they first initiated or determined the benefits They were acting under the correct policy because I think it's clear that there's a different policy All right, this raises a question. I had in your reply brief. You state a police testified under oath That there exists a policy Entitling Earl to continue long-term disability benefits under disability definition paragraph 2 I Couldn't find that testimony in the record. Could you? point to that testimony I It didn't Appear to me there was that testimony and if there was you had no sight in your reply brief to the excerpts After that statement, and I just wondered if you gave Find it in the records. It's included in both the depositions of Andrea Sydney and you know and they're in the excerpts of record and She testified that excerpts of record where okay, I'm looking for it here She testified that when she reviewed this claim She looked at a different policy that was on her desk and she applied disability definition paragraph 2 Now that clearly is one of the facts but You Said testifies there exists a policy and there was a mistake obviously made here All right, I mean if there was a mistake then it's pretty elaborate mistake when this woman gets a policy That she relies on and tells mr. Earl that he's entitled to benefits under this policy and then actually denies benefits under paragraph 2 And tells him he's not entitled to it. I understand those facts, but you said Testified under oath that there exists a policy and that's what I couldn't find that testimony under oath I don't waste your time now if you later find it and just submit it to the court because to me the simple question in this case is what were the terms of the insurance policy and If there is such testimony that would be important But if there is no such testimony on page 44 of the excerpts of record, which is the deposition of Andrea Sidney The question you told Brett Earl in that letter that according to that policy the definition of disability had two parts Yes, and you told him that it if and you told him that he is disabled if either one of those two events occurred Correct. Yes, sir And one of those was if he was unable to earn 80% or more of his index covered earnings, correct Yes, I did and she wrote that letter based upon a policy that she used and I'm still trying to find it I that would that was her Understanding at the time. I guess it's an interpretation what that testimony means. She thought there was something No, she didn't think On page 48 of the excerpts of record you say that you included the paragraph 2 definition That is the 80% earnings definition by copying it from a different policy on your desk Is that correct to the best of my correct recollection, sir? And I asked her well, do you recall actually doing that or are you testifying that that's probably what must have happened? She says I'm testifying that that probably in fact is what happened So we have a dispute we have an issue of fact and credibility This policy that this lady used And relied on it to tell mr. Earl that he's entitled to these benefits but not only did she just tell him that he would be entitled if he satisfied the definition she went ahead and Denied it on that basis and so did Karen Nichols her supervisor on page 85 of the excerpts of record Karen Nichols deposition I Asked her starting at line 19 on page 85 of the excerpts, where does it say? 80% of the index covered earnings I'm asking her if she denied his benefits based upon the second definition And she says it doesn't say that it says it's within his salary range And I says okay, and you take that to mean that you're denying it based on the second part of the deposition No, I denied it on both So in other words not only does do they use this? Policy, but they actually deny the benefits based upon that second definition of the policy Well now the district court said that that was a mistake the policy that applies here only contained the first limitation not the second and you had a couple of employees who mistakenly were advising your client as To what they thought his policy contained when it didn't The the problem with that is that the district judge was doing that on the summary judgment motion Yeah, but the policy says it cannot be amended in this fashion. This is not an amendment This is a totally different policy which contains two definitions the one day How did it get to be his policy can the the employee create the policy? I? Can create the policy I think they can use a policy which applies and they said that they used a policy which applies here The policy which ended up in the administrative record You have to understand I asked this both of these claims people well, did you review the entire Administrative record before you wrote these letters, and they says yes, that's what we do Well if they did that how in the world did they not use the policy which would eventually end it up in the Administrative record have you ever found that policy? No, that's the problem That's why on this summary judgment motion. What's this? What's this policy? That's dated? April 1 1991 Alco chemical That's the policy. I believe that That now co-set or excuse me LIA says is part of the administrative record I Asked how the administrative record is compiled when I depose these two people And I asked him was that policy the one that's bait stamped 0 to 31. I believe or 33 Was that policy in the administrative record when you reviewed this thing and wrote these letters to this man saying he would be entitled to Benefits under two definitions, and they said we don't know I said well, how is the file compiled well usually it's compiled With the newest information first and then as later information comes they stack it up They didn't know when that policy was bait stamped They don't know when it If it was in the administrative record when they were writing these letters denying these benefits The only thing they could tell me was that they used this policy with these two definitions My point is that when the district court is deciding a case on summary judgment I didn't know for review It's not as prerogative to decide whether that that one's right or that one's right Let me ask you this when you were in summer when you taking the depositions. I you know I didn't Go through the entire depositions, but you're you're mr.. Earl work for now coke correct Yes, sir From 1995 through 2000 I think that's the indisputed facts and This policy was in it in the one that's dated April 91 Was issued on behalf of now cochemical Did you trace through? Which policies had been issued to the employer in return for Well, we didn't get if it's provided. I mean you had him in deposition Did we don't get an opportunity to I mean and I guess we were resisting summary judgment? We were trying to avoid summary judgment, and I think we raised all these factual issues which need to be determined I guess I wasn't in a position to to be able to do that It seems to me that you had raised a question with the district court judge about what you know which Was the correct policy that apply to your client right so it? You know it seemed to me that you might want to well I did I want to try and determine at the outset that when your employer when your client was employed by now call What policy was in effect at that time right and I and once you zeroed in on what policy was in effect at that time? Then you could determine whether or not these Later on in 2003 there was a mistake that was me You have to understand that what we were doing was responding to these letters that these women wrote which says that this policy Contained two definitions, and then we get in the administrative record a policy which contained one definition So I took the depositions of these women and say how can that be and they said well? There's another policy, and I asked him well. Did you handle any other claims? You know I had these two lower-level women's to talk about This whole thing that you're raising and when they said I don't know I mean I've never handled any other claims The district court issued an order Before I took the depositions of these two women say produced everything you relied on in denying this claim And I asked Andrea Sidney, I believe the first woman Did anybody show you judge Haddon's order no did anybody tell you about it? No, did you take any measures to try to find this other policy no? We were I Asked the people who we are allowed to depose where this other policy was and we didn't get any answer in oral argument judge Judge Haddon asked counsel and You know counsel obviously is not a witness and not under oath And I think it is best to answer the question he says I don't know what measures We've taken to find this other policy and and I just think that that on a summary judgment motion Where there are all of these? Issues Existing as to does this policy exist is he entitled to benefits under the second definition? That's clearly an issue of fact. I think everybody agrees about that The the problem is that I think when judge hadn't decided this case on summary judgment He was actually making findings of fact and and making credibility judgments and making value judgments he said That Andrea Sidney and Karen Nichols Work on the case was sloppy or maybe incompetent. Those are judge Haddon's words not mine But I guess the point is that on a summary judgment motion. Those are definitely valued judgments and credibility determinations Which I don't think you can make And now I'll just say one more thing The case should be remanded. I think under Carney Where judge Kleinfeld said when when even if the the standard of review on a remand is still going to be de novo and even if the District judge ends up looking at the very same thing. He looked at in summary judgment the calculus is different because he's got to make findings of fact under rule 52 and And be more specific. I mean judge Haddon was pretty general saying I don't find any credible evidence that there is this other policy in The face of these depositions which says that there is Instead of that global determination that I don't find any credible evidence He's going to have to make specific findings on why he doesn't think so We think that summary judgment was improper and it should be remanded. Thank you Good morning, your honors. My name is Andrew Ringel with me at council tables. Kevin O'Brien appearing on behalf of the defendant appellee in this case A couple things that I wanted to say. I think the frame of this decision is what the district court said at Excerpts of record page 110 The district court said this it seems to me counsel that the issue when stripped of its other Components comes down to this And that is does this court have the capacity and if so, should it exercise that capacity to in effect Amend the policy that was in place because of the content of the denial letters and the manner and Circumstances under which that letter was produced as it is outlined in the depositions There's no basis under ERISA and the law of ERISA to allow either The district court as the district court concluded or this court to amend the policy and that's the fundamental barrier of the plaintiff's argument well, but I my initial question was a further back which is Which what's the what was which policy? Was it the 91 policy? Is that the one that applied? That's correct. He says that there's a factual dispute over that So explain to me why that's the policy that applies and then by what happened Later years later. There's nothing more than a mistake. Okay. Here's the reason your honor As part of the district court record and it's in the docket sheet There was a certification of the policy that you referred to in 1991 as the policy that applied between Life insurance company in North America and now called chemical company. Okay, that's the policy what miss Sidney? Reference this this other policy as Counsel for the plaintiff talks about was on her desk is a policy. That is another policy unknown Applying to a different employer other than now. What's up you do? Mr. Ringo to establish that? This group long-term disability policy, which you've included in your supplemental excerpt 11 What did you do to establish that that was the policy that applied to mr. Earl, there was a there was a certification of that policy Said this policy was in effect for a certain period of time this was the only policy that this company had on this subject and this person was an employee and Subject to that policy. Did you present some evidence to that effect? Well, we presented the the evidence is as follows your honor There was a certification that this was the policy that was in effect at the time there wasn't part of the certification what yes at what time at the time of mr. Earl's injury and Application and consideration for long-term disability benefits under the policy there were affidavits and then deposition testimony from Andrea Sidney and Mistake that this was not the part the the language that they quoted that included the 80% index covered earnings Second part of the deposition of the definition of disability wasn't part of the actual policy till now Now there isn't any evidence and I think your honors question to my colleague is appropriate There isn't any evidence that contradicts it There's evidence in the depositions that say there was a policy a different policy that was Relied upon and quoted it in in those letters What happened was miss Sidney quoted the wrong depth is definition of disability and miss Nichols replicated the error Because she used miss Sidney's letter as a frame to you know to make her to make the appeal But there's no excuse me if I'm in a rough for a minute Sometime around April 9th 2003 Your client requested a vocational assessment of mr. Earl To determine if he was physically able to perform long-term From occupations that meet in this the earnings requirement of his long-term disability contract  Definition of disabled as being unable to earn a certain salary Well, I believe the record reflects that that's miss Sidney that made this the same error So she might just make one mistake after another Well, and and if we were not in an Orissa case and this was a negligence case Or if this was a promissory stopple case under under Montana law We meant you might have an ability and the district court might have an ability to give a remedy to mr. Earl, but the problem here is this is an Orissa case and there's no mechanism under a It's not a matter it's not a you're probably correct that you know you can't we certainly have no authority to amend it, but it could be one possibility here is that The 91 policy was in effect when Mr. Earl started work at now Co or during you know that period of time 95 but over time You know the policy changed Well that that supposition while clearly possible and What what council was trying to argue was that what happened in 20 in 203 and 204 whenever that was the re-evaluation? But that raises a question a genuine dispute about whether the policy Was ever amended by you know Change, you know that the part of the employer and the insurance company bargained for a better policy It does happen in employers sometimes do decide to give their employees a better Side package, you know a little little greater benefits for their hard work. I know that's happened I understand that and I agree that employers do that and I don't think that there's any evidence This supports that that's what occurred here and the insurance companies when the employers do that then insurance companies can charge a higher Premium for this better policy. That's correct But what I would say is this the record is we certify the policy This is the policy that applies the only evidence that they have that there might be a different policy never provides the factual link between the policy that Andrea Sidney may have relied upon and Nalco and that's the fundamental factual link that does not exist in that case in this case and absent They're putting forward evidence or as your honor indicated just trying to discover such evidence That the House of Cards falls apart There's no way to link this policy this other policy with Nalco and therefore apply it to Brett Earl Now that may not be fair, but there is no evidence I can't remember but you know that the documents or the these policy provisions that they were looking at when they wrote these letters, but they did they ever link that with a Policy that was really for another employer. I mean they say they say this policy applies to you know Now that Remington manufacturing they just made up. We just made a gross mistake They didn't your honor and that's there's no way to know. I mean Life Insurance Corporation of North America Has all sorts of different policies that have a variable different definitions And there was no linkage between the policy language in the letter in any particular policy Remington North America or whatever you would you would think that between Nalco and the insurance company that there would be a somebody would have a file about The insurance company Certified that this is the policy that's in effect And there's no contrary evidence other than speculation that there must have been another policy Because of what was misquoted in the language of the letter I would also point out this there's other evidence that the district court considered that the actual language is the language of the policy one It's what's contained in the summary plan description, and that's in your record to there are two letters one from Richard Trujillo one from Karen Silby that occur that predate Andrea Sidney's letter that both quote this the definition of disability in exact terms as The policy itself, you know the other thing I point out is plaintiff move for summary judgment, too This was before the district court on cross motions for summary judgment So the notion that there's this embedded disputed issue of fact is inconsistent with plaintiffs How do we look at your the district court granted your motion? So when we look at your motion, I understand By the way Do you agree that the standard to review here is de novo that's correct your honor we stipulated that at the district court We're not arguing abuse of discretion here the the two arguments and the two handles that plaintiff tries to To give this court to amend the policy are we didn't give him the evidence that was relied upon and the remedy There is a de novo review in front of the district court I'm not looking to amend the policy It could be that the policy changed over a period of time Well, but it didn't Sometimes policies are static and they don't change but you know, it's possible I understand that and it would have behooved the plaintiff to do a 30b6 deposition or Something to try to get at that issue But the record on summary judgment is absent and it's not the purpose of this court to reach out and say We're going to help counsel for the plaintiff in our adversary system ask the right questions. They're fact The district courts discovering, you know, this is quite a lot of this little discovery Correct, but a 30b6 deposition have been encompassed within that was not requested by counsel for the point So it could have been something that they would have requested and tried to get a handle on just what you're saying What is the history of all of the policies with Malco? But they didn't ask that question and and counsel is quite right Andrea Sidney and Karen Nichols are not people that would have been able to answer that question because they're not high enough on the food chain Enough to know the answer to that, but it's not they alone could not amend the policy That's correct as judge Thompson pointed out the the policy language itself says it can only be Amended in writing by a policy of older and someone who is a higher ranking official from the insurance company Neither miss Sidney nor miss Nichols fall into that category. I mean, you know, it may be that Congress and its infinite wisdom could amend ERISA and change it so that people like mr Earl have a remedy but there isn't a remedy under ERISA that allows the amendment of a policy to provide mr Earl with a definition of disability that isn't in the policy that is undisputed before the court and it doesn't create a disputed issue of fact to say there was some other policy when there's no linkage between that policy and Now go before mr. Earl Unless the court has further questions. I'm going to sit down. Thank you. Thank you so much With all due respect counsel's arguments sound like those that he should be making at a trial and not before an appellate court because The arguments themselves raise issues of fact and credibility about where all these things are On page 49 of the excerpts of record. I asked Andrea Sidney again whether or not she Was given judge Haddon's order about you know, produce everything you relied on and After well, what efforts have you undertaken to attempt to determine what policies have that type of definition in them? None, sir. None. None We the district court exercises discretion to allow a discovery but in that exercise the discretion we were given two people whom to depose and we depose those people and And basically because they were the ones who made the decision that there's another policy not an amended amended version of the first policy But a different policy, I suppose it could be an amended version of the first policy or the the one that they ended up in the administrative record but We we did make efforts to try to do this and I think what we did in taking these depositions was Raise these issues of fact on some which cannot be decided on a summary judgment proceeding All of these favorable inferences About there being a another definition Were decided unfavorably to mr. Earl and I don't think that's proper on a on a motion for summary judgment There was a Vocational evaluation to try to determine whether or not this man could earn 80% of his wages That would be a futile exercise if the policy didn't contain that definition we Have disputed from the very beginning that the policy which ended up in the administrative record was the one that applies in this case How do you respond to counsel's comment That the summary plan description is consistent with the policy that's in the administrative record If If it's consistent, it's inconsistent with Everything else that went on. Well, you know on summary judgment, you know, the district court can say, you know, there's a you know I recognize that there's some dispute here but No reasonable trier of fact could ever agree with The position you're arguing Well, I don't think You know, the judge is in a position to make that But judge a district court judge can do that. You can you can grant you can grant summary judgment by saying You know, there's no fact there are no facts in dispute and as a matter of law You're in time for summary judgment, or you can say You can conclude that there's such a minimal Dispute here. Look at all the evidence and conclude that no Reasonable trier of fact could make a different finding. Well, I don't think he can say minimal or maximum I think if he finds anything, there's no summary judgment. No, no, no, and I think that that if there exists The district court's job on summary judgment is to determine whether there's a factual dispute Even if the district court judge were to find a dispute It doesn't preclude the district court judge from granting summary judgment if he concludes that in light of all the evidence No reasonable trier of fact, but not otherwise, you know, would conclude differently I think a judge can do that, but that judge didn't do that in this case. He actually, you know Decided credibility issues and weighed the evidence Untraverably to our point of view and I think there's just way too many Factual and credibility issues for him to have done that. Thank you. Thank you so much. We appreciate counsel's argument
judges: D.W. Nelson, Thompson, Paez